IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CHAPTER 13 |
| ROBERT & LORIE BRASWELL | ) | CASE NO: 304-15085 |
| SSN: XXX-XX-2958; XXX-XX-0372 | ) | JUDGE: HARRISON |
| 721 Albany Drive | ) | |
| Hermitage, TN 37076 | ) | |
| | ) | |
| Debtors | ) | |

### AGREED ORDER ALLOWING SALE OF REAL ESTATE AND PAYMENT OF REAL ESTATE COMMISSION

By agreement of the debtors and Chapter 13 Trustee, evidenced by signatures of representatives entered below, respectively, it is hereby agreed as follows:

1. The debtors own real estate located at 830 N Highland Drive in Morristown, TN 37814 on which there is no lien. The debtors have entered into a contract for sale of real estate for $76,500.00 to be closed on or before July 30, 2005. The debtors have agreed to pay a 6% real estate commission to their real estate agent, pursuant to Rule 6004-1(b), Local Rules of Court, United States Bankruptcy Court for the Middle District of Tennessee.

2. The parties agree that at closing, the debtors shall remit sufficient funds to the Chapter 13 Trustee to pay off the Chapter 13 plan at 100%. At that time, debtors agree to provide the Trustee with a copy of the settlement statement and will file a notice of sale with the court pursuant to Rule 6004-1(a).

ORDERED this _____ day of _____, 2005.

*Marian F. Harrison*  JUL 2 9 2005

MARIAN F. HARRISON

APPROVED FOR ENTRY:

/s/ Edgar M. Rothschild, III

PDF created with pdfFactory trial version www.pdffactory.com

EDGAR M. ROTHSCHILD, III
ROTHSCHILD & SALAS, PLLC
Attorney for Debtor(s)
1222 16th Avenue South, Suite 12
Nashville, TN 37212
(615) 242-3996 (telephone)
(615) 242-2003 (facsimile)
notice@rothschild-salas.net

/s/Henry E. Hildebrand, III
2005.07.26 21:18:12 -05'00'
_____
HENRY E. HILDEBRAND, III
Chapter 13 Trustee
PO Box 190664
Nashville, TN 37219
(615) 687-3213
hank13@ch13nsh.com

## CERTIFICATE OF SERVICE

I certify that on this 11th day of July, 2005, I mailed/emailed a copy of the foregoing to the Office of the U.S. Trustee, Customs House, 701 Broadway, Nashville, TN 37203; and to the debtor(s) at the above referenced address.

/s/ Edgar M. Rothschild, III
_____
EDGAR M. ROTHSCHILD, III

jdg

PDF created with pdfFactory trial version www.pdffactory.com